IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARILYN NORRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-051-MEF |
| | ) | (WO) |
| CITY OF MILLBROOK | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the court is Defendant's fully-briefed Motion for Summary Judgment. (Doc. # 15.) The court, in its briefing order (Doc. # 16), advised the parties that if they "electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned." (Doc. # 16, at 1.) The exhibits from Defendant in support of the motion for summary judgment are well in excess of twenty-five pages; those from Plaintiff in opposition to Defendant's motion also exceed twenty-five pages. However, no courtesy copies have been furnished by either party. Accordingly, it is ORDERED that the parties comply with the briefing order (Doc. # 16) **on or before October 14, 2011**.

DONE this 12th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE